## THE OHIO SUPREME COURT

17692. Albert H. Barth, J. P., v. State, ex rel. Saul Zielonka, City Solicitor; error to the Court of Appeals of Hamilton county. Judgment reversed. Marshall, C. J., Robinson, Jones, Matthias, Day and Allen, JJ., concur. Wanamaker, J., not participating.

17711. City of Cincinnati v. George Cook; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias and Allen, JJ., concur. Wanamaker, J., not participating.

17872. The State, ex rel. The Huffman-Wolfe Co., v. The Board of Education of the Greenville City School District. In Mandamus. Dismissed on application of plaintiff at is costs, without record.

### MOTION DOCKET

18721. Louise M. Merriman v. George Scluel et al., Exrs. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Sustained.

17822. The City of Wellsville et al v. The Steubenville, East Liverpool & Beaver Valley Traction Co. Motion for an order directing the Court of Appeals of Columbiana county to certify its record. Overruled.

17823. A. B. Smythe v. Hannah Epstein. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

17853. Ralph Herzog v. State of Ohio. Motion for leave to file petition in error in the Court of Appeals of Tuscarawas county. Overruled.

### Calendar of Cases for Hearing

#### Tuesday, March 20th, 1923

##### GENERAL DOCKET

17596. John Meyer et al. v. Meyer Perlstein et al.; error; Lake county.

17653. The Norpac Realty Co. v. Jacob R. Schackne; error; Lucas county.

##### Wednesday, March 21st, 1923

17667. The Domhoff & Joyce Co. v. The Hamilton Furnace Co; error; Butler county.

17811. State of Ohio ex rel., George C. Southwell, v. Ralph C. McBride, treasurer of Cuyahoga county; in mandamus.

#### Thursday, March 22nd

##### MOTION DOCKET

17856. James C. Davis, director general and agent, v. Chas. A. Roose; Huron county; motion to certify record.

17862. George W. Minch v. C. W. McGinnis; Belmont county; motion to certify record.

17861. Miles R. Perkins et al. v. J. W. Bright et al.; Belmont county; motion to certify record.

17860. Joseph Lisk, Admr., v. Anna Hora; Belmont county; motion to certify record.

17870. O. S. Sutter v. State of Ohio ex rel. Frank Maul; Crawford county; motion to certify record.

17868. Edward Telinde v. The Ohio Traction Co.; Hamilton county; motion to certify record.

17867. Louisiana State Rice Milling Co. v. Newton Tea and Spice Co.; Hamilton county; motion to certify record.

#### Friday, March 23rd

17876. D. F. Bird et al. v. The Board of Education of Bergholz Village School District; Jefferson county; motion to certify record.

17878. Fillip Spiess et al. v. Society for Savings; Cuyahoga county; motion to certify record.

17874. The Wirthlein-Mann Co. v. Jennie McDonough; Hamilton county; motion to certify record.

17871. The City of East Cleveland, Ohio, v. J. L. Free and the Royal Indemnity Co., of New York; Cuyahoga county; motion to certify record.

17873. Beatrice Yarus, a minor, etc., v. The Cleveland Railway Co.; Cuyahoga county; motion to certify record.

17877. Orpha E. Eddy et al. v. John Maher et al.; Darke county; motion to certify record.

17875. Chris Grube v. State of Ohio, Chris Grube v. State of Ohio, Soloman Grube v. State of Ohio; Clark county; motion to certify record.

### SYLLABI

17692. Albert H. Barth, Justice of the Peace, etc., v. The State, ex rel. Saul Zielonka, Solicitor, etc. Error to the Court of Appeals of Hamilton county.

MATTHIAS, J.

Under the provisions of Section 6212, General Code, one-half of the money arising from fines and forfeited bonds resulting from the enforcement of the provisions of the state prohibition law, known as the Crabbe act, go to the state treasury, and one-half thereof to the treasury of the county, municipality or township of the judge or magistrate before whom the prosecution is held.

Judgment reversed.

Marshall, C. J., Robinson, Jones, Day and Allen, JJ., concur. Wanamaker, J., not participating.

17711. The City of Cincinnati v. George Cook. Error to the Court of Appeals of Hamilton county.

MUNICIPAL LAW—Parking Ordinance—Passenger Stations—Invalid—Constitutional Law.

MATTHIAS, J.

A city ordinance makes it unlawful for any driver or operator of any vehicle to permit his or her vehicle to stand in front of a certain railroad passenger station therein named, between points designated, "unless the permission to stand has been granted by the person having the supervision over said passenger station."

Held: Such ordinance is invalid because of its attempted delegation of legislative power, and for the reason that it is violative of the equal protection of the law guaranties of the state and federal constitutions.

Judgment affirmed.

Marshall, C. J., Robinson, Jones and Allen, JJ., concur. Wanamaker, J., not participating.